UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:   *ROLAND JONES, SR.*                                    Case No.:   *05-00634-8-JRL*
         *SARA ROSE JONES*


REPORT OF UNCLAIMED DIVIDEND

     The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

     1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *ALLTEL*<br>*1 ALLIED DR.  BLDG 5*<br>*LITTLE ROCK, AR 72202* | $4.03 |

     2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

     WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  <u>January 6, 2010</u>

                                            <u>/S/ RICHARD M. STEARNS</u>
                                            RICHARD M. STEARNS
                                            Chapter 13 Trustee
                                            Post Office Box 2218
                                            Kinston, North Carolina 28502
                                            Phone:  (252) 523-2295