UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:   ROLAND JONES, SR.                                   Case No.:   05-00634-8-JRL
         SARA ROSE JONES

REPORT OF UNCLAIMED DIVIDEND

   The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

   1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| NEW HANOVER REGIONAL MEDICAL CENTE<br>PO BOX 9000<br>2131 S. 17TH STREET<br>WILMINGTON, NC 28402-9000 | $18.81 |

   2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

   WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

   DATED:  January 6, 2010

                                         /S/ RICHARD M. STEARNS
                                         RICHARD M. STEARNS
                                         Chapter 13 Trustee
                                         Post Office Box 2218
                                         Kinston, North Carolina 28502
                                         Phone: (252) 523-2295